**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **DANIEL WAYNE DAVIS**, <br><br> Plaintiff, <br><br> v. <br><br> **MRS. DAVIES and DAVID PEDRO**, <br><br> Defendants. | Case No. 2:24-cv-00449-SI <br><br> DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |

For their Answer to plaintiff's Amended Complaint on file herein, defendants Michele Davies and David Pedro admit, deny and allege as follows:

1.

Admit that plaintiff was in an altercation at Eastern Oregon Correctional Institution in July 2021.

2.

Admit that plaintiff had an X-ray on his left arm which was negative. Admits that plaintiff received an injection to assist with pain management.

3.

Admit that plaintiff filed a grievance on August 5, 2021.

4.

Admit that a bilateral biceps ultrasound was completed on October 22, 2021. Admits that the left bicep demonstrated a fluid collection.

5.

Admit that on February 4, 2022, plaintiff had an MRI which showed a retracted tear of the distal biceps tendon.

6.

Admit that on February 14, 2022, plaintiff was seen by Dr. Carpenter, an outside provider.

7.

Except as specifically admitted herein above, deny each and every allegation in plaintiff's complaint and the whole thereof.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

6.

Plaintiff's complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

**(Qualified Immunity)**

7.

Defendants are entitled to qualified immunity.

## THIRD AFFIRMATIVE DEFENSE

### (Prison Litigation Reform Act)

8.

Defendants assert all provisions of the Prison Litigation Reform Act ("PLRA") including the provision requiring exhaustion of administrative remedies, to plaintiff's claims in his civil complaint.

## FOURTH AFFIRMATIVE DEFENSE

### (Eleventh Amendment Immunity)

9.

Defendants, to the extent they are sued in an official capacity, allege that they are immune from suit in federal court under the Eleventh Amendment.

## FIFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

10.

Plaintiff's complaint is barred in whole or in party by a failure to file within the applicable statute of limitations.

/ / / /

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

11.

Plaintiff has failed to mitigate damages.

## SEVENTH AFFIRMATIVE DEFENSE

### (Oregon Tort Claims Act)

12.

Plaintiff's claims are subject to the provisions of the Oregon Tort Claims Act, including the notice requirements and damages limitations.

## RESERVATION TO ADD ADDITIONAL DEFENSES

13.

Defendants reserve the right to assert additional defenses as may become known to them through investigation and discovery.

## JURY DEMAND

14.

Defendants demand a jury trial pursuant to Fed. R. Civ. P. 38(b).

/ / / /

WHEREFORE, having fully answered plaintiff's Complaint, Defendants pray for judgment in their favor and that they be awarded their costs and disbursements.

DATED: November 14, 2024.

        ELLEN ROSENBLUM ATTORNEY GENERAL FOR THE STATE OF OREGON

        *s/ Beth F. Plass*
        **KAREN M. VICKERS,** OSB No. 913810
        kvickers@vickersplass.com
        503-726-5985
        **BETH F. PLASS,** OSB No. 122031
        bplass@vickersplass.com
        503-726-5975
        Special Assistant Attorneys General for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** by sending a true and correct copy of same in the following manner:

    __X__ U.S. regular mail, first class postage prepaid;

    _____ Hand delivery;

    _____ Electronic mailing;

    _____ Express and/or overnight service;

to the person listed below and addressed as follows:

Daniel Wayne Davis
15373883
Eastern Oregon Correction Institution
2500 Westgate
Pendleton, OR 97801-9699

*Pro se* Plaintiff

DATED: November 14, 2024.

    ELLEN ROSENBLUM ATTORNEY GENERAL FOR THE STATE OF OREGON

    *s/ Beth F. Plass*
    **KAREN M. VICKERS,** OSB No. 913810
    kvickers@vickersplass.com
    503-726-5985
    **BETH F. PLASS,** OSB No. 122031
    bplass@vickersplass.com
    503-726-5975
    Special Assistant Attorneys General for Defendants